LAW OFFICES
# LEVIDOW, LEVIDOW AND OBERMAN, P.C.
299 BROADWAY, SUITE 1800
NEW YORK, N.Y. 10007

(212) 964-3290
FAX (212) 571-1053

DAVID J. LEVIDOW (1927-2013)
RICHARD D. LEVIDOW (1931-2005)
RICHARD S. OBERMAN (1946-2015)
THOMAS R. CORVINO
STEVEN A. SCHWARTZ
PETER LoDUCA
ROBERT L. ELLENBERG

OF COUNSEL
JANE B. ROSENFELD

October 18, 2016

By ECF and Facsimile
The Honorable Paul E. Davison
United States Magistrate
United States Courthouse
300 Quarropas Street, Chambers 428
White Plains, NY 10601-4150

Re:   Jacobson v. United States, 15 CV 3190 (PED), and
      Jacobson v. Tom Vazquez Janitorial Svcs., 13 CV 3903 (PED)

Dear Judge Davison:

This Office represents the Plaintiff in the above matters. With respect to the extensions requested by the Government concerning the filing of the motion briefs, we did not consent to the filing of Plaintiff's response be changed from November 28th to November 5th. We consented to the same length of extension for all filings. This would make the filing of the Plaintiff's response due December 5th not November 5th. We imagine this was just a typographical error on the part of the Government. However, we request that the correct date be shown in the Order of the Court. Thank you.

Very truly yours

Peter LoDuca
299 Broadway
New York, NY 10007

Cc: Jessica Jean Hu, (by email at Jessica.hu@usdoj.gov)
    H. Malcolm Stewart, (by email at malcolm.stewart@selective.com)